## STATE ex UNITED DISTRICT HEATING, INC v STATE OFFICE BUILDING COMMISSION et

Ohio Supreme Court

No. 23206.   Decided Dec 16, 1931

For full opinion see 124 Oh St 404 (Oh Bar 1-19-32).

## STATE ex SKINNER ENGINE CO v. CONNAR et

Ohio Supreme Court

No. 23207.   Decided Dec 16, 1931

For full opinion see 124 Oh St 404 (Oh Bar 1-19-32).

## INDUSTRIAL COMMISSION v O'MALLEY

Ohio Supreme Court

No. 22855.   Decided Nov 25, 1931

For full opinion see 178 NE 842; 124 Oh St 401 (Oh Bar 1-12-32).

## STATE ex CLIFTON-HIGHLAND CO et v LAKEWOOD (city)

Ohio Supreme Court

No. 23002.   Decided Nov 18, 1931

For full opinion see 178 NE 837; 124 Oh St 399 (Oh Bar 1-12-32).